■ In the Matter of DAVID WALLEN, Appellant, v HOWARD SAFIR, as Police Commissioner of the City of New York, and as Chair of the Board of Trustees Police Pension Fund, Article II, et al., Respondents. [689 NYS2d 392] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered December 16, 1997, which denied petitioner's CPLR article 78 application to annul respondents' denial of his application for accident dis-

ability retirement benefits, unanimously affirmed, without costs.

The application was properly denied on the ground that petitioner, whose disabling line-of-duty ankle injury was sustained when he tripped over a raised plank of plywood covering part of a precinct house stairway landing, failed to show that his injury was the result of an accident, *i.e.*, a sudden and unexpected event (*see, Matter of Starnella v Bratton*, 92 NY2d 836, 839). Concur—Sullivan, J. P., Williams, Wallach, Rubin and Mazzarelli, JJ.